U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP - 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TEILLA NOEL, et al | : | DOCKET NO. 06-0685 |
| VS. | : | JUDGE TRIMBLE |
| TARGET CORP OF MINNESOTA, et al | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #16) filed by defendants, Target Corporation of Minnesota and Old Republic Insurance Company is hereby **GRANTED** dismissing with prejudice all claims against these defendants at Plaintiffs' costs.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5th day of September, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE